**Below is the Order of the Court.**



**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 20-41042-MJH |
| EVETTE DELORES SWAFFORD, | AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |
| Debtor. | |

**NOTICE** that the failure to file a feasible, amended, Chapter 13 Plan and notice it for hearing in accordance with the terms of this Order may result in the Trustee or objecting party submitting an order dismissing this Chapter 13 proceeding without further notice.

**THIS MATTER** having come before the above entitled Court pursuant to the Chapter 13 Trustee's Objection to Confirmation with Strict Compliance and the Court having reviewed the records and files herein and being fully advised, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Trustee's objection to confirmation is **SUSTAINED** and confirmation is **DENIED**; it is further

**ORDERED, ADJUDGED and DECREED** that the Debtor shall file a feasible amended plan no later than 14 days from the date of entry of this order and that the Debtor note said

ORDER SUSTAINING OBJECTION TO CONFIRMATION - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

amended plan for hearing with the requisite notice as required by Fed. R. Bankr. P. 2002(b) on the next available Chapter 13 motion calendar; it is further

**ORDERED, ADJUDGED and DECREED** that failure to file a feasible, amended, Chapter 13 Plan and notice it for hearing in accordance with the terms of this Order may result in the Trustee submitting an order dismissing this Chapter 13 proceeding, without further notice;

**ORDERED, ADJUDGED and DECREED** that the Trustee's Office shall file a proof of service verifying notice of this order was given to the Debtor, Debtor's counsel and any other party requesting notice.

///End of Order///

Presented by:

_____
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

Agreed to/Notice of Presentation Waived by:

/s/ *Edgar Hall*_____
Edgar Hall, WSBA# 40174
Attorney for Debtor

/s/ *James K. Miersma*_____
James K. Miersma, WSBA# 22062
Attorney for Mechanics Bank

Michael G. Malaier<br>
Chapter 13 Standing Trustee<br>
2122 Commerce Street<br>
Tacoma, WA 98402<br>
(253) 572-6600